*Kleinberger, Dannie S.*   *06-10373*

**BANK OF AMERICA, N.A.**

CHECK NUMBER: **1005**

Claim 000004, Payment 0.06%
Smith & Fawer, L.L.C.
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170-3702

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX 0

DATE: 01/18/11
AMOUNT: ***********3.69

Attorneys' Fees & Costs
Invoices: 12762, 10813, 10756

1827397

PAY TO THE ORDER OF

CASE NUMBER: 06-10373   A
ESTATE OF: Debtor: KLEINBERGER, DANNIE S

United States Bankruptcy Court
LA

Three Dollars And 69/100

*Barbara Rivera-Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001005⑈ ⑆111000012⑆ 4437618511⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228108   — KW
* * C O P Y * *
January 20, 2011
13:37:40

UNC.UNDER$25
06--10373

Debtor.: DANNIE S. KLEINBERGER
Trustee: Barbara Rivera-Fulton
Amount.:                $3.69 CH
Check#.: 1005

Total-> $3.69

FROM: RIVERA-FULTON

1/20/11
Deposited to 106000
Due: Smith & Fawer, L.L.C.

Date: 01/18/11

## DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 06-10373 - KLEINBERGER, DANNIE S

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Smith & Fawer, L.L.C.**<br>**201 St. Charles Ave., Suite 3702**<br>**New Orleans, LA 70170-3702**<br>Attorneys' Fees & Costs<br>Invoices: 12762, 10813; 10756 | 000004 | 6,276.49 | 3.69 |
| ---------- Remittance Total --------------- | | 6,276.49 | 3.69 |

*Barbara Rivera-Fulton* (signature)

Law Ofc. of Barbara Rivera Fulton, Trustee